# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                         NO. 4:20-cr-00143-JM-1

GUJUAN CHRISTMAS                                                     DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on March 15, 2022, is hereby amended to reflect that the Court recommends placement in the FCI Forrest City, Arkansas, BOP facility to allow for the defendant to remain close to family.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 23rd day of March 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE